UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

| | |
|---|---|
| UNITED STATES OF AMERICA, | 06-CR-338-A |
| v. | **NOTICE OF MOTIONS** |
| MICHAEL J. CULLIGAN, et ano., | |
| Defendants. | |

_____

| | |
|---|---|
| **MOTIONS BY:** | Joseph B. Mistrett, Federal Defender, and Timothy W. Hoover, Assistant Federal Defender, counsel for Defendant Michael J. Culligan. |
| **DATE, TIME & PLACE:** | Before the Honorable H. Kenneth Schroeder, Jr., United States Magistrate Judge, United States Courthouse, 68 Court Street, Buffalo, New York, on February 22, 2007, at 10:00 a.m. EST, or at a later date/time set by the Court. |
| **SUPPORTING PAPERS:** | Motions of Joseph B. Mistrett and Timothy W. Hoover, with attached Exhibit A, dated January 19, 2007. |
| **RELIEF REQUESTED:** | Relief as requested in the various motions. |
| **WAS CONSENT OF OPPOSING COUNSEL SOUGHT?:** | No. |
| **WAS CONSENT OF OPPOSING COUNSEL GRANTED?:** | N/A. |
| **PROPOSED ORDER PROVIDED?:** | No. |
| **DATED:** | Buffalo, New York, January 19, 2007. |

/s/Timothy W. Hoover
_____
Joseph B. Mistrett, Federal Defender
Timothy W. Hoover, Assistant Federal Defender
Office of the Federal Public Defender
Western District of New York
300 Pearl Street, Suite 450
Buffalo, NY 14202
(716) 551-3341
(716) 551-3346 FAX
joseph_mistrett@fd.org
timothy_hoover@fd.org
Counsel for Defendant Michael J. Culligan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                              06-CR-338-A

      v.                                          **DEFENDANT MICHAEL J. CULLIGAN'S MOTIONS**

MICHAEL J. CULLIGAN, et ano.,

      Defendants.
_____

      Defendant Michael J. Culligan ("Defendant") files his motions and requests for relief by incorporating by reference his motions at Docket #20 (with exhibits) and Docket #29 (with exhibits), filed in No. 04-CR-305-A (W.D.N.Y.), to the extent those motions are applicable to the present case and Indictment. For example, motions I, and II of Docket #20 in No. 04-CR-305-A, and motions XVII, XVIII, XIX and XX of Docket #29 in No. 04-CR-305-A, are not applicable to the present Indictment; however, because Docket #29 presented additional argument in support of some of the motions at Docket #20 in No. 04-CR-305-A, we incorporate both by reference and file them as Defendant's motions.

      A complete copy of the filing at Docket #29 (with exhibits) in No. 04-CR-305-A (W.D.N.Y.) is attached to this filing at Exhibit A – it includes all of the original motions and exhibits, and is an exact replication of what was filed at Docket #29 in that case.

      Defendant will supplement his filed motions with reply memoranda and post-argument and post-hearing memoranda of law after oral argument and evidentiary hearing/s in this matter, and will file additional motions per the entry of an amended scheduling order as is requested in Docket #7 and Docket #9 in this case.

Defendant requests oral argument and the holding of an evidentiary hearing as requested in the motions attached at Exhibit A.

DATED:   Buffalo, New York, January 19, 2007.

>Respectfully submitted,
>
>/s/Timothy W. Hoover
>_____
>Joseph B. Mistrett, Federal Defender
>Timothy W. Hoover, Assistant Federal Defender
>Office of the Federal Public Defender
>Western District of New York
>300 Pearl Street, Suite 450
>Buffalo, NY 14202
>(716) 551-3341
>(716) 551-3346 FAX
>joseph_mistrett@fd.org
>timothy_hoover@fd.org
>Counsel for Defendant Michael J. Culligan

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK
_____

UNITED STATES OF AMERICA,                                    06-CR-338-A

       v.

MICHAEL J. CULLIGAN, et ano.,

       Defendants.
_____

## CERTIFICATE OF SERVICE

The undersigned certifies that he is an employee of the Federal Public Defender's Office for the Western District of New York, 300 Pearl Street, Buffalo, New York, and is of such age to serve papers.

On **January 19, 2007,** he served a copy of the attached by electronic service via CM/ECF:

    ADDRESSEE:    William J. Gillmeister
                           Assistant United States Attorney
                           Western District of New York
                           138 Delaware Ave., Federal Centre
                           Buffalo, NY 14202
                           william.j.gillmeister@usdoj.gov

                           James P. Harrington
                           Harrington & Mahoney
                           1620 Statler Towers
                           Buffalo, NY 14202
                           jph@harringtonmahoney.com

                                                /s/Timothy W. Hoover
                           _____
                           Joseph B. Mistrett, Federal Defender
                           Timothy W. Hoover, Assistant Federal Defender
                           Office of the Federal Public Defender
                           Western District of New York
                           300 Pearl Street, Suite 450
                           Buffalo, NY 14202
                           (716) 551-3341
                           (716) 551-3346 FAX
                           joseph_mistrett@fd.org
                           timothy_hoover@fd.org
                           Counsel for Defendant Michael J. Culligan

**06-CR-338-A**

*UNITED STATES DISTRICT COURT*

*for the*

*WESTERN DISTRICT OF NEW YORK*

UNITED STATES OF AMERICA,

v.

MICHAEL J. CULLIGAN, et ano.,

Defendants.

**NOTICE OF MOTIONS**

**JOSEPH B. MISTRETT**
Federal Defender

**TIMOTHY W. HOOVER**
Assistant Federal Defender

**Counsel for Defendant**
**Michael J. Culligan**

CM-ECF Filed January 19, 2007

*Office of the*
**Federal Public Defender**
**300 Pearl Street, Suite 450**
**Buffalo, New York 14202**
**(716) 551-3341**